**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6388**

UNITED STATES OF AMERICA,

                Plaintiff — Appellee,

        v.

KEITH G. MARTIN, a/k/a Beach Boy,

                Defendant — Appellant.

Appeal from the United States District Court for the District of South Carolina, at Charleston. Patrick Michael Duffy, Senior District Judge. (2:97-cr-00943-PMD-6)

Submitted: July 21, 2011            Decided: July 25, 2011

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Keith G. Martin, Appellant Pro Se. Michael Rhett Dehart, Assistant United States Attorney, Charleston, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keith G. Martin appeals the district court's margin order denying his "Motion for Statement of Reasons" in his criminal case. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. <u>United States v. Martin</u>, No. 2:97-cr-00943-PMD-6 (Mar. 7, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>